NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000861**
**03-OCT-2014**
**09:58 AM**

NO. CAAP-14-0000861

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST HAWAIIAN BANK, a Hawai'i corporation,
Plaintiff-Appellee, v.
PETER BOURNE, JR. and KATY R. BOURNE,
Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC13-1-6699)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On June 2, 2014, Defendants-Appellants Peter Bourne, Jr. and Katy R. Bourne (**Appellants**), pro se, filed a notice of appeal;

(2) The record on appeal was filed on July 28, 2014, and the appellate clerk informed Appellants that the statement of jurisdiction was due by August 7, 2014 and the opening brief was due by September 8, 2014;

(3) Appellants did not file either document;

(4) On September 11, 2014, the appellate clerk informed Appellants that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on September 22, 2014, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellants did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 3, 2014.

Chief Judge

Associate Judge

Associate Judge